Rev. Dec 1, 2017

## LOCAL BANKRUPTCY FORM 2016-2(c)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br>**HILLARY ANN. MESSINA**<br><br>Debtor | CHAPTER: 13<br><br>CASE NO. 5-bk-18-05152 RNO |
|---|---|

### REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c)<br>1. Amount agreed to by debtor | $ **3,000** |
| 2. Less amount paid to attorney outside of plan distributions | $ **500.00** |
| 3. Balance of compensation to be paid through plan distributions | $ **1,500.00** |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) **Enter text** | $0.00 |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)<br>1. Compensation and expenses to be approved by the Court | $ **0** |
| 2. Less amounts paid to attorney outside of plan distributions | $0.00 |
| 3. Balance of compensation and expenses to be paid through plan distributions | $0.00 |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. ' 503(b)(2) in the following amount based on the information above: | $ **2,500.00** |

Dated: APRIL 4, 2019

/S/ VERN S. LAZAROFF
_____
Attorney for Debtor