IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Maureen C. Vazquez <br> <u>Debtor</u> <br><br> PNC BANK NATIONAL ASSOCIATION <br> <u>Movant</u> <br> vs. <br><br> Maureen C. Vazquez <br> Gary C. Vazquez <br> <u>Respondents</u> <br><br> Charles J. DeHart, III Esq. <br> <u>Additional Respondent</u> | CHAPTER 13 <br><br><br> NO. 18-04230 RNO <br><br><br> 11 U.S.C. Sections 362 and 1301 |

## **ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.