In re:  
Maureen C. Vazquez  
    Debtor

Case No. 18-04230-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0314-5 | User: MMchugh | Page 1 of 1 | Date Rcvd: Jul 08, 2019 |
| | Form ID: pdf010 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
    +Gary C. Vazquez, 105 Fawn Lake Drive, Hawley, PA 18428-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2019 at the address(es) listed below:
    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
    James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
    Vern S. Lazaroff    on behalf of Debtor 1 Maureen C. Vazquez pabankruptcy@vernlazaroff.com, r39899@notify.bestcase.com  
     TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Maureen C. Vazquez <u>Debtor</u> | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION <u>Movant</u> vs. | NO. 18-04230 RNO |
| Maureen C. Vazquez<br>Gary C. Vazquez <u>Respondents</u> | 11 U.S.C. Sections 362 and 1301 |
| Charles J. DeHart, III Esq. <u>Additional Respondent</u> | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: July 3, 2019

By the Court,

_Robert N. Opel II (signature)_

Robert N. Opel, II, Chief Bankruptcy Judge (DG)