UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x

IN RE:

MAUREEN C. VAZQUEZ
        Debtor

CASE NO. 18-04230-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE,
        Movant

CHAPTER 13

vs.

STIPULATION

MAUREEN C. VAZQUEZ,
        Respondent

---------------------------------------------------------x

    AND NOW, this 19th day of November 2019 the debtor and Charles J. DeHart, III, Standing Chapter 13 Trustee, do hereby stipulate that the Debtor elect the following option in satisfaction of the Trustee's Motion to Dismiss due to delinquent plan payments:

1. Debtor will resolve the delinquency as follows (check only one):

      Move to convert to Chapter 7 within 5 days.
      Move to voluntarily dismiss case within 5 days.
  X  Amend the plan within 30 days from the date of this Stipulation.
      Pay the arrears within 90 days (may not exceed 90 days) from the date of this stipulation.

2. It is stipulated that within 30 days from the date of this stipulation, debtor(s) will file a Motion for wage attachment for payment of the regular monthly payments to the Trustee or amend current wage attachment;

OR

Debtor(s) is unable to make payments by wage attachments because (be specific) _____
_____.

3. IT IS STIPULATED THAT DEBTOR(S) WILL MAKE ALL REGULAR MONTHLY PAYMENTS TO THE TRUSTEE DURING THE REMAINING TERM OF THE PLAN.

4. IT IS FURTHER STIPULATED THAT IN THE EVENT THE DEBTOR(S) DOES NOT PERFORM ACCORDING TO THIS STIPULATION, THE CASE MAY BE DISMISSED UPON CERTIFICATION OF THE TRUSTEE, WITHOUT FURTHER NOTICE TO THE PARTIES OR FURTHER HEARING.

    It is herein agreed that a duly signed facsimile copy shall be accepted as an original by the Court.

_____
Charles J. DeHart, III, Trustee

/s/Maureen C. Vazquez
Debtor

/s/Vern S. Lazaroff
Vern S. Lazaroff, Counsel for Debtor