```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 18-04230-RNO
Maureen C. Vazquez                                                       Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5           User: AutoDocke              Page 1 of 1              Date Rcvd: Jan 17, 2020
                               Form ID: pdf010              Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
```
db             +Maureen C. Vazquez,    105 Fawn Lake Drive,     Hawley, PA 18428-4021
5116551        +KML Law Group, P.C.,    701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
5116552        +Naivient,    PO Box 9500,    Wilkes Barre, PA 18773-9500
5116553        +Natl Bond and Collections,     210 Division Street,    Kingston, PA 18704-2715
5116554         PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
5138232        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
5116555         PNC Mortgage,    P.O. Box 8703,    Dayton, OH 45401-8703
5116556        +Wayne Enterprises,    PO Box 443,    Honesdale, PA 18431-0443
5116557        +Wayne Health Svcs, Inc,     600 Maple Ave,    Honesdale, PA 18431-1439
5116558        +Wayne Memorial Home Health,     601 Park St.,    Honesdale, PA 18431-1498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5143935         E-mail/PDF: pa_dc_claims@navient.com Jan 17 2020 19:20:36      NAVIENT PC TRUST,
                 C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
5123788         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2020 19:16:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
                                                                                               TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor 1 Maureen C. Vazquez pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                               TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Maureen C. Vazquez**

        **Debtor 1**

**Chapter:** 13
**Case No.:** 5:18-bk-04230-RNO

**Charles J. DeHart, III**
**Chapter 13 Trustee**
    **vs.**      **Movant(s)**

**Maureen C. Vazquez**

        **Respondent(s)**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: January 17, 2020          By the Court,

*Robert N. Opel, II*
Robert N. Opel, II, Bankruptcy Judge (BI)